IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AUGUSTINE GUTIERREZ, et al.,

    Plaintiffs,

vs.                                        No. CIV-08-0990 KBM/LAM

BOARD OF COMMISSIONERS OF THE
COUNTY OF EDDY, et al.,

    Defendants.

## ORDER SETTING MOTION HEARING

| | |
|---|---|
| MATTER(S) TO BE HEARD: | **Motion to Approve Settlement on Behalf of Minors (Doc. 195)** |
| DATE AND TIME OF HEARING: | **Tuesday, August 17, 2010 @ 4:00 p.m.** |
| LOCATION: | U.S. District Court of New Mexico, Picacho Courtroom (4th Floor) 100 N. Church, Las Cruces, NM, before U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

    **IT IS HEREBY ORDERED** that Joel Robbins will appear telephonically (Judge Martínez shall be responsible for initiating and coordinating the call, please notify her secretary, Cathy Alvarez, by 11:00 a.m. the day before the hearing if you will be at a telephone number other than the one listed in the court's file). Plaintiffs and counsel for all other parties shall appear in person at the scheduled hearing.

    **IT IS SO ORDERED.**

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**